UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 22-CR-24 (JPO) |
| v. | ORDER |
| FRANCISCO OCASIO, Defendant. | |

J. Paul Oetken, District Judge:

The C.J.A. attorney previously appointed in this case, Jacob Kaplan, is hereby relieved as counsel, and C.J.A. attorney Michael Tremonte is hereby appointed to represent the Defendant.

SO ORDERED.

Dated: September 1, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge