UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>FRANCISCO OCASIO,<br><br>Defendant. | 22-CR-24 (JPO)<br><br>**ORDER** |

Upon the application of Francisco Ocasio, by his attorney Michael Tremonte, Esq., for an order authorizing the appointment of Anna Estevao, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Anna Estevao, Esq., an associate of the firm Sher Tremonte LLP, is appointed *nunc pro tunc* to September 1, 2022, to assist in the representation of Francisco Ocasio in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       September 16, 2022

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge