

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2022

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Francisco Ocasio*, 22 Cr. 24 (JPO)

Dear Judge Oetken:

      I write to request that the Court exclude the time, under the Speedy Trial Act, from today, through January 17, 2023, the trial date for this case. The Court had previously excluded time through October 24, 2022, the previously scheduled trial date that was adjourned to January, after the defendant received new appointed counsel. The requested exclusion is in the interest of justice because it will give the parties time to continue current plea discussions, and should we be unable to reach a pretrial resolution, prepare for trial.

      Defense counsel have stated they have no objection to the request to exclude time through the trial date.

> Granted. The Court hereby excludes time through the date of the trial, January 17, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 10/26/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
    Andrew Jones
    Assistant United States Attorney
    (212) 637-2249

_____
J. PAUL OETKEN
United States District Judge