UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FRANCISCO OCASIO,

                Defendant.

22-CR-24 (JPO)

**ORDER**

    Upon the application of Francisco Ocasio, by and through his counsel, requesting that his access to the law library at Hudson County Correctional Facility be increased so that he may assist in his defense and prepare for his upcoming trial, and this Court having considered that motion,

    IT IS HEREBY ORDERED that Francisco Ocasio be given access to the law library at the Hudson County Correctional Facility three times per week, for three hours at a time.

Dated: New York, New York
       December 7, 2022

                                SO ORDERED

                                _____
                                J. PAUL OETKEN
                                United States District Judge